**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

|  |  |
|---|---|
| NORMAN L. SCOTT, SR., <br><br> Plaintiff, <br><br> v. <br><br> THE CHILDREN'S HOSPITAL OF PHILADELPHIA, <br><br> Defendant. | HONORABLE KAREN M. WILLIAMS <br><br> Civil Action <br> No. 25-13556 (KMW-SAK) <br><br> **MEMORANDUM OPINION AND ORDER** |

**WHEREAS,** the Court dismissed Plaintiff's Complaint (ECF No. 1) without prejudice on December 19, 2025, directing Plaintiff to file an Amended Complaint within thirty (30) days of the issuance of the Order; and

**WHEREAS,** to date, Plaintiff has failed to file an Amended Complaint.

**IT IS HEREBY** on this 9th day of March, 2026,

**ORDERED** that this case be **DISMISSED WITHOUT PREJUDICE** without leave to amend; and it is further

**ORDERED** that the Clerk's Office close this case.

KAREN M. WILLIAMS
United States District Judge